**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  February 17, 2015                    Deputy Clerk: Bernique Abiakam
                                            Court Reporter: Mary George

Civil Action No.: 15-cv-00285-JLK

In Re:

Galenas Edge Telluride, LLC                 Christian C. Onsager

    Debtor,


Galenas Edge Telluride, LLC,                David Little

    Appellant,

v.

Great Midwest Bank, SSB,
                                            Harvey Sender
    Appellee.


**COURTROOM MINUTES**

**Motions Hearing**

**1:04 p.m.    Court in session.**

Court calls case.  Counsel present.

Preliminary remarks by the Court.

Argument heard on Doc. No. 6.

1:05 p.m.     Argument by Mr. Onsager.  Questions by the Court.

1:24 p.m.     Rebuttal argument by Mr. Sender.  Questions by the Court.

1:38 p.m.     Further argument by Mr. Onsager.

1:40 p.m.     Final argument by counsel.

*15-cv-00285-JLK*
*Motions Hearing*
*February 17, 2015*

1:42 p.m.        Comments and ruling by the Court.

**ORDERED:   Forthwith Motion For Stay Pending Appeal (Filed 2/11/15; Doc. No. 6) is DENIED.**

**1:43 p.m.        Court in recess.**
Hearing concluded.
Time in court - 39 minutes.